STATE OF NEW JERSEY v. PABLO SMITH.

November 22, 1985.

Petition for certification denied.

ARTHUR WAKEFIELD v. CHRISTOPHER DIETZ.

November 22, 1985.

Petition for certification denied.

LINDA DARPINO v. LESTER H. BERKOW, M.D.

November 22, 1985.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration on the merits.